No. 79–5374. Topham *v.* Knight Adjustment Bureau. Appeal from Sup. Ct. Utah dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–610. Holway et al. *v.* England et al., dba Featherstone Square. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 77–1717. First Houston Investment Corp. et al. *v.* Wilson. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Transamerica Mortgage Advisors, Inc.* v. *Lewis, ante,* p. 11.

No. 78–463. Chestnutt Management Corp. *v.* Miller. C. A. 2d Cir. Motion of Investment Counsel Association of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Transamerica Mortgage Advisors, Inc.* v. *Lewis, ante,* p. 11.

No. A–350 (79–740). Arthur *v.* United States. C. A. 4th Cir. Application for stay, addressed to Mr. Justice Rehnquist and referred to the Court, denied.

No. A–371. Crystal Theater, Inc., et al. *v.* Wade, District Attorney of Dallas County, et al. D. C. N. D. Tex. Application for stay, addressed to Mr. Justice Stewart and referred to the Court, denied. Mr. Justice Brennan and Mr. Justice Marshall would grant the application.

No. 78–1175. Hatzlachh Supply Co., Inc. *v.* United States. Ct. Cl. [Certiorari granted, 441 U. S. 942.] Motion of the Solicitor General to permit Kent L. Jones, Esquire, to present oral argument *pro hac vice* granted.